**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**(ALBANY DIVISION)**

| | |
|---|---|
| KYLE BOURGAULT, in his official capacity as Sheriff of Rensselaer County, New York, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY HOCHUL, in her official capacity as Governor of the State of New York, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-1637 (MAD/ML)<br><br>Related Cases:<br>No. 1:26-cv-1360 (MAD/ML);<br>No. 1:26-cv-1281 (MAD/ML) |

**NOTICE OF EMERGENCY MOTION FOR AN ORDER TO SHOW CAUSE SEEKING A TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, upon the accompanying:

1. Complaint for Declaratory and Injunctive Relief;
2. Declaration of Mateo Forero-Norena (with Exhibit A);
3. Declarations of Sheriffs Kyle Bourgault, Patrick R. Engle, Robert E. Milby, Frederick J. Akshar, Todd M. Hood, and Eric A. Butler (with exhibits);
4. Memorandum in Support of Plaintiffs' Emergency Motion Seeking a Temporary Restraining Order and Preliminary Injunction;
5. Proposed Order to Show Cause; and
6. Proposed Order Granting Temporary Restraining Order and Preliminary Injunction,

Plaintiffs, by counsel, will move this Court, by Order to Show Cause, for an Order pursuant to Federal Rule of Civil Procedure 65 and Local Rules 7.1(e) and 65.1:

1. Temporarily restraining and preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, from enforcing Executive Law §§ 170-K and 63-E against Plaintiffs;
2. Enjoining Defendants from treating any existing Section 287(g) Memorandum of Agreement to which any Plaintiff is a party as void or unenforceable on or after August 25, 2026;
3. Enjoining Defendants from requiring or compelling Plaintiffs to exercise any termination provision in any agreement that authorizes the housing of federal immigration detainees, and from treating any such agreement as void or unenforceable on or after November 25, 2026;
4. Enjoining Defendants, including the Office of Immigrant Trust, from taking any further investigative, enforcement, or coercive action against Plaintiffs arising out of or related to Plaintiffs' existing or prospective federal immigration partnerships, including the investigative demands issued on or about August 19, 2026; and
5. Granting such other and further relief as the Court deems just and proper.

Plaintiffs request that the Court set an expedited briefing and hearing schedule on the motion for a preliminary injunction, and that the temporary restraining order remain in effect until the Court rules on the preliminary-injunction motion. Plaintiffs request oral argument on this motion.

Dated: August 25, 2026

Respectfully submitted,

*/s/ Mateo Forero-Norena*
Mateo Forero-Norena (Bar No. 707682)
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 328-7004
Fax: (202) 387-3447
mforero@fairus.org

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**(ALBANY DIVISION)**

| | |
|---|---|
| KYLE BOURGAULT, in his official capacity as Sheriff of Rensselaer County, New York, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY HOCHUL, in her official capacity as Governor of the State of New York, *et al.*,<br><br>Defendants. | Civil Action No. ____________________<br><br>Related Cases:<br>No. 1:26-cv-1360 (MAD/ML);<br>No. 1:26-cv-1281 (MAD/ML) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, at approximately 4:05 p.m., I caused an advance-notice email regarding the filing of the Complaint and Emergency Motion for an Order to Show Cause in this action to be served by electronic mail upon the following counsel of record for the State of New York in the cases related to the above-captioned matter (Nos. 1:26-cv-1360 and 1:26-cv-1281):

1. Linda Fang
2. Rabia Muqaddam
3. Stephen Thompson
4. Morenike Fajana
5. Natasha Korgaonkar

I further certify that, upon filing of the Complaint, the Emergency Motion for an Order to Show Cause, and all papers in support thereof, I will cause true and correct copies of those documents to be served by electronic mail upon the same counsel listed above.

*/s/ Mateo Forero-Norena*
Mateo Forero-Norena (Bar No. 707682)