**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**KYLE BOURGAULT, *et al.*,**

**Plaintiffs,**

**vs.** **1:26-CV-1637 (MAD/ML)**

**KATHY HOCHUL, *et al.*,**

**Defendants.**

---

**ORDER TO SHOW CAUSE**

Upon reviewing the Complaint filed in the above-captioned matter, Plaintiffs' Emergency Motion for an Order to Show Cause Seeking a Temporary Restraining Order and Preliminary Injunction, all documents submitted in support thereof, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendants show cause why an Order should not be issued pursuant to Federal Rule of Civil Procedure 65:

1. Temporarily restraining and preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them, from enforcing Executive Law §§ 170-K and 63-E against Plaintiffs;

2. Enjoining Defendants from treating any existing Section 287(g) Memorandum of Agreement to which any Plaintiff is a party as void or unenforceable on or after August 25, 2026;

3. Enjoining Defendants from requiring or compelling Plaintiffs to exercise any termination provision in any agreement that authorizes the housing of federal immigration detainees, and from treating any such agreement as void or unenforceable; and

4. Enjoining Defendants from taking any further investigative, enforcement, or coercive action against Plaintiffs arising out of or related to Plaintiffs' existing or prospective federal immigration partnerships.

**IT IS FURTHER ORDERED** that:

a. Any papers in opposition shall be filed and served on or before September 9, 2026, at 5:00 P.M. EST;

b. Any reply papers shall be filed and served on or before September 16, 2026, at 5:00 P.M.EST; and

c. The Court will determine whether a hearing is necessary upon review of the papers.

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause, together with the papers upon which it is based, upon counsel for Defendants by email and/or ECF on or before August 27, 2026, at 8:00 A.M. shall be deemed good and sufficient service.

Dated: August 26, 2026
Albany, New York

Hon. Mae A. D'Agostino
United States District Judge