UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KYLE BOURGAULT, in his official capacity as Sheriff of Rensselaer County, New York; PATRICK R. ENGLE, in his official capacity as Sheriff of St. Lawrence County, New York; ROBERT E. MILBY, in his official capacity as Sheriff of Wayne County, New York; FREDERICK A. AKSHAR, in his official capacity as Sheriff of Broome County, New York; TODD M. HOOD, in his official capacity as Sheriff of Madison County, New York; ERIC A. BUTLER, in his official capacity as Sheriff of Cattaraugus County, New York; PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York; PETER R. BARNETT, in his official capacity as Sheriff of Jefferson County, New York; JEFFREY R. BROWN, in his official capacity as Sheriff of Saratoga County, New York; MICHAEL CARPINELLI, in his official capacity as Sheriff of Lewis County, New York; JAY D. COOK, in his official capacity as Sheriff of Franklin County, New York; CRAIG S. DUMOND, in his official capacity as Sheriff of Delaware County, New York; RICHARD C. GIARDINO, in his official capacity as Sheriff of Fulton County, New York; DON HILTON, in his official capacity as Sheriff of Oswego County, New York; BRIAN SCHENCK, in his official capacity as Sheriff of Cayuga County, New York;

Plaintiffs,

v.

STATE OF NEW YORK; KATHY HOCHUL, Governor of New York, in her official capacity; LETITIA JAMES, Attorney General of New York, in her official capacity,

Defendants.

No. 26-cv-1637 (MAD/ML)

**NOTICE OF APPEARANCE OF COUNSEL**

I am admitted to practice in this court, and I appear in this case as counsel for Kathy Hochul, in her official capacity as Governor of New York, Letitia James, in her official capacity as Attorney

General of New York, and the State of New York.

Dated: September 9, 2026

Arastu K. Chaudhury
Special Counsel
Office of the New York State Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8555
arastu.chaudhury@ag.ny.gov
Bar Roll No. 707902