USDC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

KYKE BOURGAULT 1:26-cv-1637 MAD/ML
Et al. Plaintiffs

Against

KATHY HOCHUL
LETITIA JAMES
STATE OF NEW YORK
Defendants

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 17 2026
AT____ O'CLOCK______
John M. Domurad, Clerk - Albany

*In re* MARK MARVIN, Petitioner

NOTICE OF MOTION FOR SUMMARY JUDGMENT

MARK MARVIN, Petitioner is a U.S. Citizen entitled to the protections of the U.S. Constitution, particularly to the protections of citizenship and safety and the pursuit of happiness. During the Biden presidency the nation was invaded by some twenty (20) million foreign nationals illegally. Most are generally law abiding, but infiltrating the illegal invasion were large numbers of criminals who in native lands had defeated local governments and essentially taken over their nations. These criminal cartels have invaded the United States and established international crime networks in the United States and endanger U.S. citizens such as your instant petitioner and destabilize his nation.

Instant petitioner therefore has standing in this matter under law and says:

1, This action was instigated by Defendants with the state enactment of what is called: "Local Cops, Local Crimes Act" (Executive Law 170-K, enforced under Executive Law 63-E) to prohibit local county sheriffs from entering into, remaining in, or extending agreements with the United States Immigration Enforcement authorities (I.C.E.) to enforce laws pertaining to the mass invasion of the United States by aliens.

2, Under President Biden, the United States admitted some 20 million foreign nationals with no legalization process (8 U.S. 1325,

Improper entry by alien) and facilitated eluding of examination or inspection by immigration officers (Id. Sect (a)) and particularly encouraged criminalized establishment of a commercial enterprise for the purpose of evading any provision of the immigration laws, and whom could be imprisoned for not more than 5 years (d). (8 U.S. 1325, et al.)

3, "The Congress shall have Power … To provide for the calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions (Art I, Section 8, Clause 15) and did so by utilizing federal police, i.e. ICE, and militia. Under Art I, Sect. 8, Clause 16, The Congress shall have Power to provide for organizing, arming and disciplining the Militia, and for governing such Part of them as may be employed in the Service of the United States…." The act of February 28, 1795 which delegated to the President the power to call out the militia was held constitutional. (*Martin v. Mott*, 25 U.S. 19, 32 (1827) Under the National Defense Act of 1916 the militia , which had been an almost purely state institution, was brought under the control of the National Government. The term "militia" of the United States was defined to comprehend "all able-bodied male citizens, etc." (*Md. v. United States,* 381 U.S. 41 (1965)

4, The United States Government has recognized the invasion by 20 million aliens and has mobilized a federal police force (ICE) to deal with the problem, and has utilized as Militia more than 15 county sheriffs to house apprehended aliens pending final disposition. The Defendants have enacted a law to prohibit said Sheriff-Militia from acting under law in aid to the federal police in apparent contravention of United States law.

5, Rebellion and or Insurrection occurs when whoever incites, sets on foot, assists or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, and will be subject to fine or imprisonment of not more than ten years or both and shall be incapable of holding any office under the United States. (18 U.S.C. 2383, Rebellion or Insurrection)

6, Since your instant petitioner has civil rights (life liberty and pursuit of happiness, etc. ) which are being criminally jeopardized by state defendants who act to protect unlawful criminal aliens, he has recourse under criminal law: 18 U.S.C. 241, Conspiracy against Rights, and possibly 242, Deprivation of rights under color of law, to seek remedy in the judicial

system.

7, And further, the actions of the State defendants perpetuate the secession of the State from the United States, for which the states have no authority. (*Texas v. White*, 74 U.S. 700 (1869)). The State has no authority to secede from the national Union and defy national law and said actions designed to effectuate invasion and secession of the state would be unlawful if not seditious (18 U.S.C.A. 2385). Failure to contain 20 million aliens with no loyalty to this nation would destabilize the nation and illegal gangsters would endanger petitioner's safety and the public in general. Illegal aliens voting under state issued driver licenses negate the votes of your petitioner and lawful voters.

8, Since the actions of Kathy Hochul and Letitia James are apparently violations of U.S. criminal law, the court has authority to order Department police officers to make arrests for violation of Federal law on any arrest warrant issued by competent judicial authority, (38 U.S.C. 902 (a) (2)).

9, Petitioner requests reasonable attorney fees and costs.
Attorney fees are appropriate when his claim materially alters the legal relationship between parties … in a way that directly benefits plaintiff. (*Coe v. Town of Blooming Grove.*, 714 F.Supp. 2d 439, 2010, citing *Farrar*, 506 U.S. at 111-12, 113 S.Ct. 466) This has happened, and created a new rule of liability that serves the public interest. (*Coe*, 447) Attorney fees include other costs such as *paralegal fees.* (*Coe*, fn. 4).

WHEREFORE Petitioner prays that this court grant Plaintiff's judgment, and find defendants without judiciable standing, and further declare their acts to be unlawful and criminal in nature and initiate criminal prosecution as justified, and grant injunctive and such other and further relief as is just and proper.

Affirmed as true on information and belief,

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693
September 2, 2026

With mail service on:

Attorney General, The Capitol, Albany, N.Y. 12224

Mateo Forero-Norena, 25 Massachusetts Ave. NW, Suite 330, Washington, D.C. 20001

U.S. Attorney, Justice Department, 950 Pennsylvania Ave., NW, Washington, D.C. 20001

To: U.S. District Court, 445 Broadway, Suite 509, Albany, N.Y. 12207

N.Y. Supreme Court, 80 Second Street, Troy, N.Y. 12180

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

KYKE BOURGAULT 1:26-cv-1637 MAD/ML
Et al. Plaintiffs

Against

KATHY HOCHUL
LETITIA JAMES
STATE OF NEW YORK
Defendants

*In re* MARK MARVIN, Petitioner

MEMORANDUM OF LAW

STANDING DUTY TO MAKE FELONY KNOWN TO JUDGE.

"Whoever having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible

make known this same to some judge or other person in civil or military authority under the United States, shall be guilty of misprison 18 U.S.C. 4. (*Branzburg v. Hayes*, 696, 2664)

"Concealment of a crime (presumably by pardon) has been condemned throughout our history. The citizen's duty (is) to raise the hue and cry and report felonies...." *Roberts v. U.S.* 1980, 445 U.S. 552, 557-58, 100 S.Ct. 1358, 1362, citing: *Branzburg v. Hayes*, 1972, 408 U.S. 665, 696, 92 S.Ct. 2646, 2664)

*Edmond* ( *City of Indianapolis v. Edmond,* 531 U.S. 32 (2000)) is distinguished in *Illinois v. Lidster*, 540 U.S. 419 (2004) upholding use of checkpoint to ask motorists for help in solving a recent hit-and -run accident that had resulted in death. The public interest in solving the crime was deemed "grave" while the interference with personal safety was deemed minimal. (Justicia.com. Searches Fourth Amendment "vehicle searches")

Petitioner MARK MARVIN, as a matter of law has standing as "someone" (28 U.S.C.A. 2242 , *Darr v. Birford*, 339 U.S. 200, 203, 70 S.Ct. 587, 590)

And further, Petitioner has standing in that this prosecution is fact requirement (for standing) where he alleges an intention to engage in a course of conduct arguably affected with a constitutional interest, but proscribed by a statute, and there exists a credible threat of prosecution thereunder. (*Susan B. Anthony List v. Driehause*, 2014, 573 U.S. 149, 158, [10-11], 134 S.Ct. 2334, 2342, citing *MedImmune, Inc. Genentech Inc*. 549 U.S. 118, 128-129, 127 S.Ct. 764, *Babbitt v. Farm Workers*, 442 U.S. 289, 298, 99 S.Ct. 2301)

UNITED STATES HAS POWER TO CALL FORTH THE MILITIA DURING INSURRECTIONS OR SUCCESSIONS.

"The Congress shall have Power … To provide for the calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions (Art I, Section 8, Clause 15) and did so by utilizing federal police, i.e. ICE, and militia.

The states as well as Congress may prescribe penalties for failure to obey the President's call of the Militia. They also have a concurrent power to aid the National Government by calls under their own authority and in emergencies may use the militia to put down armed insurrection, (*Houston v. Moore,* 5 Wheat 1(1820) The Federal Government may call out the Militia in case of civil war; its authority to suppress rebellion is found in the power to carry on war. (*Texas v. White,* 74 U.S. 700, 1869, *Tyler v. Defrees,* 78 U.S. 331 1871. , *Martin v. Mort* 25 U.S. 19, 1827, *Houston v. Moore* 18 U.S. 1, *Martin v. Mott,* 25 U.S. 19, 1827.

The President's utilization of state police and sheriff authorities is consistent with use of a militia, and grounded under the supremacy clause, requiring state to be bound thereby, any Thing in the Constitution or laws of any state to the Contrary notwithstanding. (U.S. Const. Art. VI, [2, 3])

CONCLUSION

Defendants' actions and laws in this matter are unconstitutional and apparently criminal.

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693
September 2, 2026

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RENSSELAER , N.Y.

---

PEOPLE OF THE STATE OF NEW YORK

No Index Number presently

Against

KYLE BOURGAULT, Respondent-Defendant
Ex rel. MARK MARVIN

---

MOTION TO DISMISS ACTION AS REDUNDANT
TO ACTION IN UNITED STATES DISTRICT COURT

The above entitled action is redundant to BOURGAULT, et al. v. STATE OF NEW YORK, et al. , in the U.S. District Court of the Northern District of New York (1:26-cv-1637 MAD/ML) and as such is moot as parallel and is a waste of judicial resources to adjudicate a controversy regarding United States Constitutional law, (*Colorado River Water Conservation District v. United States,* 1976, 424 U.S. 800) and the matter is properly before the United States District Court.

Further, defendants are possibly in jeopardy for violation of United States Criminal Law.

Wherefore, the matter should be dismissed and remanded to jurisdiction of the United States court.

Affirmed as true on information and belief,

Mark Marvin, September 3, 2026
135 Mills Road
Walden, N.Y. 12586

Attorney General, The Capitol, Albany, N.Y. 12224
Mateo Forero-Norena, 25 Massachusetts Ave. NW, Suite 330, Washington, D.C. 20001
U.S. Attorney, Justice Department, 950 Pennsylvania Ave., NW, Washington, D.C. 20001
To: U.S. District Court, 445 Broadway, Suite 509, Albany, N.Y. 12207
N.Y. Supreme Court, 80 Second Street, Troy, N.Y. 12180

Mark Marvin
135 Mills Road
Walden, N.Y. 12586

Retail

ALBANY NY 120
9 SEP

UNITED STATES POSTAL SERVICE

12207

RDC 99

U.S. POSTAGE PAID
FCM LETTER
MONTGOMERY, NY 12549
SEP 08, 2026

$1.11

R2305M144355-20

US District Court
445 Broadway Suite 509
Albany, NY 12207

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

SEP 17 2026

RECEIVED

12207-294899