# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**
**Clerk of Court**

**Maurice L. Christopher**
**Chief Deputy**

**Lori M. Welch**
**Chief Deputy**

**James T. Foley, U.S. Courthouse**
**445 Broadway, Room 509**
**Albany, New York 12207-2936**
**(518) 257-1800**

**ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION**

Dear Clerk of the Court,

Please take notice that on September 30, 2026 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, John M. Domurad, Clerk, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents are not available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): None

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, September 30, 2026.
By: Teri Lambert, Deputy Clerk

Clerk of Court

***Please take note: Notice of Appeal was filed by a NON-PARTY to the case and is appealing the Text Order to Strike his last correspondence***

**Case Information**

Case Name: Kyle Bourgault, et al v. Kathy Hochul, et al
Case No.: 1:26-cv-1637
Docket No. Appealed: 21
Document Appealed: 20

Fee Status:
_____ Paid
__X__ Due
_____ Waived (IFP/CJA)
_____ IFP revoked
_____ Application Attached
_____ IFP pending before USDJ

Counsel:
_____ Retained
__X__ Pro Se

Time Status:
__X__ Timely
_____ Untimely

Motion for Extension of Time:
_____ Granted
_____ Denied

Certificate of Appealability:
_____ Granted
_____ Denied
_____ N/A