EXECUTIVE DIRECTOR & GENERAL COUNSEL
Dale L. Wilcox

DEPUTY EXECUTIVE DIRECTOR
Matthew J. O'Brien

DEPUTY GENERAL COUNSEL
Christopher J. Hajec

BOARD OF DIRECTORS
Dale M. Herder, Ph.D., Chairman
Donald A. Collins Jr., Vice Chairman
Duane Austin
Kevin Donaleski
Cynthia Matthews
S. Blake Swensrud II

IMMIGRATION COUNCIL
Bob Dane, Chairman
Senator Eric Berthel (Conn.)
Dr. Marek Jan Chodakiewicz
Art Del Cueto
The Honorable Steven G. Erwood
Dr. Emilio T. Gonzalez
Sheriff Tom Hodgson (Ret.)
Douglas Kent
John Ladd
Sheriff Mark Lamb (Ret.)
Randall Pullen
Don Rosenberg
Dr. Carol M. Swain
Mark S. Venezia, Esq.
Ronald W. Woodard

FAIR
FEDERATION FOR AMERICAN IMMIGRATION REFORM

November 18, 2026

**By ECF**

The Honorable Miroslav Lovric
United States Magistrate Judge
U.S. District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207

Re: *Bourgault v. Hochul*, No. 1:26-cv-1637 (MAD/ML)
Request for Waiver of Local Rule 7.1(a)(2) Conference

Dear Judge Lovric:

Plaintiffs intend to move for leave to amend their Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). The proposed Amended Complaint would: (1) include additional plaintiffs, (2) add allegations addressing Plaintiffs' capacity to sue in light of the Court's November 4, 2026 Order denying Plaintiffs' Motion for a Preliminary Injunction (ECF No. 23), (3) update the factual allegations to reflect post-filing developments, and (4) make minor cleanup edits. Plaintiffs also intend to request an extension of Defendants' deadline to respond to the Amended Complaint, if leave is granted to file that pleading.

Counsel for the parties have conferred regarding the proposed amendments and the request for an extension to respond to the Amended Complaint. Defendants have stated that they take no position on the amendments, and that they consent to the requested extension of their response deadline.

Because Plaintiffs' Motion for Leave to File the Amended Complaint will be unopposed, Plaintiffs respectfully request that the Court waive the court-conference prerequisite under Local Rule 7.1(a)(2). In the alternative, Plaintiffs request that the Court schedule a brief conference at its earliest convenience so that the motion may be filed promptly.

Respectfully submitted,

/s/ Mateo Forero-Norena
Mateo Forero-Norena (Bar No. 707682)
Federation for American Immigration Reform
25 Massachusetts Avenue, N.W., Suite 330
Washington, D.C. 20001
Telephone: (202) 328-7004
Email: mforero@fairus.org

*Counsel for Plaintiffs*

IT IS SO ORDERED:
Miroslav Lovric
Miroslav Lovric
U.S. Magistrate Judge

Dated: November 19, 2026
Binghamton, NY

cc: All Counsel of Record (Via ECF)

FAIR is a nonprofit public interest organization fighting for immigration policy that is in America's best interest.

BBB ACCREDITED CHARITY